EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Juan C. Marrero Zeda | 2019 TSPR 70<br><br>202 DPR ____ |

Número del Caso:  TS-17,955


Fecha: 15 de abril de 2019


Abogado de la parte peticionaria:

     Por derecho propio


Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex – Parte:


Juan C. Marrero Zeda          TS-17,955


RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de abril de 2019.

Atendida la *Solicitud de Cambio de Status a Abogado Activo en el Registro Único de Abogados y Abogadas* que presentó el Sr. Juan C. Marrero Zeda, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo